**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) RONALD DUNMORE, ) ) Defendant. ) _____) | 2:10-CR–00104-GMNLRL-2<br><br>**ORDER** |

On September 24, 2010, the Court entered an order allowing Jonathan Powell to withdraw as counsel for Ronald Dunmore.

IT IS HEREBY ORDERED that LANCE A. MANINGO, ESQ. is appointed in place of Jonathan Powell to represent RONALD DUNMORE for all future proceedings.

Mr. Powell shall forward the file to Mr. Maningo forthwith.

DATED this __27th__ day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE